UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. JACKSON, JR., | No. 2:15-cv-2145 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOHN FOSTER, et al., | |
| Defendants. | |

On January 11, 2016, plaintiff filed a motion asking that this case be re-opened. Plaintiff asserts he never received the court's November 2, 2015 order dismissing plaintiff's original complaint with leave to amend. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request that this case be re-opened (ECF No. 12) is granted.

2. The Clerk of the Court is directed to re-open this case and serve plaintiff with a copy of the court's November 2, 2015 order (ECF No. 8).

3. Plaintiff is granted thirty days within which to comply with that order. If plaintiff fails to file an amended complaint within thirty days, this case will be dismissed.

Dated: February 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/jack2145.reo